UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>The Bank of New York Mellon Corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:25-cv-8525<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned, on behalf of Jane Doe, hereby moves this Court for an order granting Plaintiff's leave to proceed anonymously.

Dated: October 15, 2025

                Respectfully submitted,

                */s/ David Boies*

                David Boies
                Boies Schiller Flexner LLP
                55 Hudson Yards, 20th Floor
                New York, NY
                (212) 446-2300
                dboies@bsfllp.com

                Sigrid S. McCawley
                Boies Schiller Flexner LLP
                401 E. Las Olas Blvd. Suite 1200
                Fort Lauderdale, FL 33316
                (954) 356-0011
                smccawley@bsfllp.com

                Bradley J. Edwards
                Brittany N. Henderson
                Edwards Henderson

425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
(954) 524-2820
brad@cvlf.com
brittany@cvlf.com

Case 1:25-cv-08525   Document 5   Filed 10/15/25   Page 2 of 2