## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Bank of New York Mellon Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:25-cv-08525<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

Upon the motion of Plaintiff for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Proceed Anonymously is **GRANTED**.

_____

UNITED STATES DISTRICT JUDGE

Dated: October 15, 2025