UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Bank of New York Mellon Corporation,<br><br>Defendant. | Case No.: 1:25-cv-08525 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

Upon the motion of Plaintiff for an order permitting the filing of the Complaint, summons, civil cover sheet, and all future papers anonymously, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Proceed Anonymously is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 16, 2025