UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Bank of America, N.A.,<br><br>　　Defendant. | Case No.  1:25-cv-8520-JSR<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>The Bank of New York Mellon Corporation,<br><br>　　Defendant. | Case No.  1:25-cv-8525-JSR |

　　The motion of Megan Nyman for admission to practice *Pro Hac Vice* in the above captioned action is granted.

　　Applicant has declared that she is a member in good standing of the bar of the State of Florida; and that her contact information is as follows:

　Applicant's Name:  Megan Nyman

　Firm Name:  Boies Schiller Flexner LLP

　Address:  401 E Las Olas Blvd, Suite 1200

　City/State/Zip:  Fort Lauderdale, FL 33301

　Telephone/Fax:  (954) 377-4201; (954) 356-0022

1

Email: mnyman@bsfllp.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Jane Doe, individually and on behalf of all others similarly situated, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/7/2025

_____
United States District Judge

2