UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>Defendant. | Case No. 1:25-cv-08520-JSR |
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Bank of New York Mellon Corporation,<br><br>Defendant. | Case No. 1:25-cv-08525-JSR |

**THE BANK OF NEW YORK MELLON CORPORATION'S
NOTICE OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant The Bank of New York Mellon Corporation (BNY) hereby moves to dismiss the complaint in its entirety with prejudice. The reasons in support of this motion are set forth in the memorandum of law filed contemporaneously with this notice. Pursuant to this Court's Civil Case Management Plan entered on October 27, 2025, Plaintiff's memorandum in opposition is due by December 1, 2025, and BNY's reply memorandum is due by December 8, 2025. Oral argument on this motion is scheduled for December 15, 2025, at 4:00 p.m.

Dated: November 13, 2025            Respectfully submitted,

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice pending*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Boyd M. Johnson III
Christopher Bouchoux
Andres C. Salinas
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
boyd.johnson@wilmerhale.com
christopher.bouchoux@wilmerhale.com
andres.salinas@wilmerhale.com

*Attorneys for The Bank of New York Mellon Corporation*