IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Bank of New York Mellon Corporation,<br><br>Defendant. | Case No. 25-cv-08525-JSR<br><br>**MOTION FOR ADMISSION** <u>***PRO HAC VICE***</u> |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brittany Warren, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant The Bank of New York Mellon Corporation in the above-captioned action.

I am in good standing with the bar of Virginia and the District of Columbia and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 3, 2025

Respectfully submitted,

*/s/ Brittany Warren*
Brittany Warren
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel.: (202)-663-6772
brittany.warren@wilmerhale.com

*Attorney for The Bank of New York Mellon Corporation*