UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORPORATION,<br><br>Defendant. | Case No. 25-cv-8525 (JSR) |

**CERTIFICATE OF SERVICE**

I, David Boies, hereby certify that on December 29, 2025, a true and correct copy of Plaintiff Jane Doe's Amended Complaint (ECF No. 45), that was filed under seal on December 29, 2025, was served via electronic mail, per agreement of the parties, upon counsel for Bank of New York Mellon Corporation pursuant to the Court's Notice to the Bar dated September 24, 2025. The documents were served upon the following individuals:

- **Andres C. Salinas**  andres.salinas@wilmerhale.com
- **Boyd Milo Johnson, III**  boyd.johnson@wilmerhale.com
- **Brittany R. Warren**  brittany.warren@wilmerhale.com
- **Christopher Jean Bouchoux**  Christopher.Bouchoux@wilmerhale.com
- **Felicia H. Ellsworth**  felicia.ellsworth@wilmerhale.com

Dated: December 30, 2025                    Respectfully submitted,

/s/ David Boies

David Boies
Andrew Villacastin
Rachael Schafer
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com

David Boies
Andrew Villacastin
Rachael Schafer
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com

Bradley J. Edwards
Brittany N. Henderson
Dean Kaire
Edwards Henderson
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@cvlf.com
Email: brittany@cvlf.com
Email: dean@cvlf.com

*Counsel for Plaintiff Jane Doe*