UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 25-cv-8520 (JSR) |

## CERTIFICATE OF SERVICE

I, David Boies, hereby certify that on December 29, 2025, a true and correct copy of Plaintiff Jane Doe's Amended Complaint (ECF No. 50), that was filed under seal on December 29, 2025, was served via electronic mail, per agreement of the parties, upon counsel for Bank of America, N.A. pursuant to the Court's Notice to the Bar dated September 24, 2025. The documents were served upon the following individuals:

- **Charlotte Taylor**        ctaylor@jonesday.com
- **Bethany K. Biesenthal**   bbiesenthal@jonesday.com
- **Carol Tian Li**           cli@jonesday.com
- **Paula Quist**             pquist@jonesday.com
- **Shea Flanagan Spreyer**   sfspreyer@jonesday.com
- **Amanda Leigh Dollinger**  adollinger@jonesday.com

Dated: December 30, 2025                            Respectfully submitted,

1

/s/   David Boies
_____

David Boies
Andrew Villacastin
Rachael Schafer
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: rschafer@bsfllp.com

Sigrid S. McCawley
Daniel Crispino
Megan Nyman
Boies Schiller Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com
Email: mnyman@bsfllp.com

Bradley J. Edwards
Brittany N. Henderson
Dean Kaire
Edwards Henderson
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@cvlf.com
Email: brittany@cvlf.com
Email: dean@cvlf.com

*Counsel for Plaintiff Jane Doe*