UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 25-cv-8520 (JSR) |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON CORP.,<br><br>Defendant. | Case No. 25-cv-8525 (JSR) |

**DECLARATION OF ANDREW VILLACASTIN**

I, Andrew Villacastin, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Boies Schiller Flexner LLP, counsel for Jane Doe, individually and on behalf of all others similarly situated in this action. The statements in the Declaration are based on my personal knowledge.

2. I submit this Declaration in support of Jane Doe's Supplemental Brief in Support of Plaintiff's Amended Complaint Against The Bank of New York Mellon Corporation.

3. Attached as Exhibit A to this Declaration is a true and correct copy of a

1

███████████████████████████████████████████████████████, which was produced in this action.

4. Attached as Exhibit B to this Declaration is a true and correct copy of ████████████████████████████████████████████████████ which was produced in this action.

5. Attached as Exhibit C to this Declaration is a true and correct copy of ███████████████████████████████████████████████████, which was produced in this action.

6. Attached as Exhibit D to this Declaration is a true and correct copy of ████████████████████████████████████████████████████, which was produced in this action.

7. Attached as Exhibit E to this Declaration is a true and correct copy of a Letter from U.S. Senator Ron Wyden to Robin Vince, Chief Executive Officer of The Bank of New York Mellon, dated January 15, 2026.

8. Attached as Exhibit F to this Declaration is a true and correct copy of an article published in Bloomberg by David Voreacos dated January 15, 2026 and titled *BNY's $378 Million of Epstein Transfers Draws Senator's Scrutiny*.

9. Attached as Exhibit G to this Declaration is a true and correct copy of guidance on Reporting Suspicious Activity from the Financial Crimes Enforcement Network.

10. Attached as Exhibit H to this Declaration is a true and correct copy of July 2016 guidance by the Committee on Payments and Market Infrastructure of the Bank for International Settlements titled *Correspondent Banking*.

11. Attached as Exhibit I to this Declaration is a true and correct copy of a section from

the Federal Financial Institutions Examination Counsel's BSA/AML Manual titled *Risks Associated with Money Laundering and Terrorist Financing.*

Dated: January 20, 2026                                        Respectfully submitted,

                                                                                 _____
                                                                                 Andrew Villacastin
                                                                                 Boies Schiller Flexner LLP
                                                                                 55 Hudson Yards
                                                                                 New York, NY
                                                                                 Telephone: (212) 446-2300
                                                                                 Fax: (212) 446-2350
                                                                                 Email: avillacastin@bsfllp.com

                                                                                 *Counsel for Plaintiff Jane Doe*