# EXHIBIT F

1/15/26, 9:50 AM
Case 1:25-cv-08525-JSR   Document 62-6   Filed 01/22/26   Page 2 of 5
Senator Wyden Seeks Details on BNY's Handling of Epstein Wire Transactions - Bloomberg

Politics

# BNY's $378 Million of Epstein Transfers Draws Senator's Scrutiny

     



Senator Ron Wyden *Photographer: Graeme Sloan/Bloomberg*

By [David Voreacos](#)
January 15, 2026 at 9:00 AM EST

  

---

✦ **Takeaways** by Bloomberg AI

- A Senate Democrat asked Bank of New York Mellon Corp. for information about $378 million in transfers processed for Jeffrey Epstein.

- The Democrat, Ron Wyden, wrote to BNY Chief Executive Officer Robin Vince to seek details about 270 wire transfers in and out of accounts held by Epstein, including "highly suspicious" payments.

- Wyden sought information about every BNY cash withdrawal tied to Epstein above $10,000 between 2001 and 2019, and copies of every suspicious activity report the bank filed with Treasury about Epstein and his associates.

A key Senate Democrat asked <u>Bank of New York Mellon Corp.</u> for information about $378 million in transfers processed for Jeffrey Epstein, the disgraced financier who died in jail in 2019 as he faced sex trafficking charges.

Ron Wyden, the Senate Finance Committee's top Democrat, wrote Wednesday to BNY Chief Executive Officer Robin Vince to seek details about 270 wire transfers in and out of accounts held by Epstein, including a series of "highly suspicious" payments of $1 million to Epstein accounts at <u>JPMorgan Chase & Co</u>.

BNY failed to report all of the transactions to the US Treasury Department until 2019, which "may may have enabled Jeffrey Epstein's horrific crimes and allowed the abuse of women and girls to continue for years," wrote Wyden, an Oregon Democrat. "Epstein was moving enormous sums of money around the globe to traffic women and girls, and BNY was well positioned to blow the whistle."

Wyden's letter comes as President Donald Trump's Justice Department faces calls to release more records from the government's investigations tied to Epstein, as required under legislation passed last year. Wyden has also attacked Trump's Treasury Department for failing to release information about more than $1.5 billion in Epstein transactions that flowed through several US and Russian banks.

BNY said in a statement that Epstein's crimes should be fully investigated.

"We recognize and appreciate the focus on accountability for those acts," BNY said. "As we have made clear, Jeffrey Epstein was never a direct client of BNY, and we will continue to defend ourselves against these meritless allegations."

BNY and <u>Bank of America Corp.</u> were separately <u>sued</u> in November over payments to women allegedly trafficked by Epstein. Both banks deny wrongdoing and <u>asked</u> a judge to dismiss the cases. Separately, JPMorgan agreed in 2023 to pay $290 million to settle suits by Epstein victims, and <u>Deutsche Bank AG</u> agreed to pay $75 million.

In his letter, Wyden sought information about every BNY cash withdrawal tied to Epstein above $10,000 between 2001 and 2019. He also asked why Epstein made at least 18 transfers for $1 million each in 2007, and he sought copies of every suspicious activity report the bank filed with Treasury about Epstein and his associates.

Under the Bank Secrecy Act, banks must file suspicious activity reports, or SARs, soon after transactions that have "no business or apparent lawful purpose." As with other banks, BNY filed SARs related to Epstein long after those transactions, according to Wyden. The senator asked Vince for details on all of those SARs.

BNY may have broken the law "by waiting years to report Epstein's suspicious transactions to US regulators. Suspicious activity reports are designed to alert federal law enforcement to potential criminal activity," the senator wrote.

Wyden also sought details on Epstein's relationship managers at the bank, as well as what the bank documented about his background.



[ Save ]

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ↗

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

©2026 Bloomberg L.P. All Rights Reserved.