# EXHIBIT I




# BSA/AML MANUAL 

BSA/AML Manual (/manual)
/ Risks Associated with Money Laundering and Terrorist Financing (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/01)
/ Lending Activities

# RISKS ASSOCIATED WITH MONEY LAUNDERING AND TERRORIST FINANCING

## Lending Activities—Overview

**Objective.** *Assess the adequacy of the bank's systems to manage the risks associated with lending activities, and management's ability to implement effective due diligence, monitoring, and reporting systems.*

Lending activities include, but are not limited to, real estate,[240] trade finance,[241] cash-secured, credit card, consumer, commercial, and agricultural. Lending activities can include multiple parties (e.g., guarantors, signatories, principals, or loan participants).

### Risk Factors

The involvement of multiple parties may increase the risk of money laundering or terrorist financing when the source and use of the funds are not transparent. This lack of transparency

can create opportunities in any of the three stages of money laundering or terrorist financing schemes. These schemes could include the following:

- To secure a loan, an individual purchases a certificate of deposit with illicit funds.
- Loans are made for an ambiguous or illegitimate purpose.
- Loans are made for, or are paid for, a third party.
- The bank or the customer attempts to sever the paper trail between the borrower and the illicit funds.
- Loans are extended to persons located outside the United States, particularly to those in higher-risk jurisdictions and geographic locations. Loans may also involve collateral located outside the United States.

**Risk Mitigation**

All loans are considered to be accounts for purposes of the CIP regulations. For loans that may pose a higher risk for money laundering and terrorist financing, including the loans listed above, the bank should complete due diligence on related account parties (i.e., guarantors, signatories, or principals). Due diligence beyond what is required for a particular lending activity will vary according to the BSA/AML risks present, but could include performing reference checks, obtaining credit references, verifying the source of collateral, and obtaining tax or financial statements on the borrower and any or all of the various parties involved in the loan.

The bank should have policies, procedures, and processes to monitor, identify, and report unusual and suspicious activities. The sophistication of the systems used to monitor lending account activity should conform to the size and complexity of the bank's lending business. For example, the bank can review loan reports such as early payoffs, past dues, fraud, or cash-secured loans.

< Previous Page
(/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/15_ep)(/manual/Risks
*Concentration Accounts - Examination Procedures*

## Table of Contents

Introduction (/manual/Introduction/01)
Scoping and Planning (/manual/ScopingAndPlanning/01)
BSA/AML Risk Assessment (/manual/BSAAMLRiskAssessment/01)
Assessing the BSA/AML Compliance Program
(/manual/AssessingTheBSAAMLComplianceProgram/01)
Developing Conclusions and Finalizing the Exam
(/manual/DevelopingConclusionsAndFinalizingTheExam/01)
Assessing Compliance with BSA Regulatory Requirements
(/manual/AssessingComplianceWithBSARegulatoryRequirements/00)
Office of Foreign Assets Control
(/manual/OfficeOfForeignAssetsControl/01)
Program Structures (/manual/ProgramStructures/01)
Risks Associated with Money Laundering and Terrorist Financing
(/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/00)

    Introduction – Customers
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/00)
    Correspondent Accounts (Domestic)
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/01)
    Bulk Shipments of Currency
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/02)
    U.S. Dollar Drafts
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/03)
    Payable Through Accounts
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/04)
    Pouch Activities
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/05)
    Electronic Banking
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/06)
    Funds Transfers
    (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/07)

Automated Clearing House Transactions (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/08)
Prepaid Access (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/09)
Third-Party Payment Processors (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/10)
Brokered Deposits (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/11)
Independent Automated Teller Machine Owners or Operators (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/12)
Nondeposit Investment Products (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/13)
Insurance (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/14)
Concentration Accounts (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/15)
 Lending Activities (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/16)
Trade Finance Activites (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/17)
Trust and Asset Management Services (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/18)
Nonresident Aliens and Foreign Individuals (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/19)
Politically Exposed Persons (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/20)
Embassy, Foreign Consulate, and Foreign Mission Accounts (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/21)
Non-Bank Financial Institutions (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/22)
Professional Service Providers (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/23)
Charities and Nonprofit Organizations (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/24)
Business Entities (Domestic and Foreign) (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/25)
Cash-Intensive Businesses (/manual/RisksAssociatedWithMoneyLaunderingAndTerroristFinancing/26)
Appendices (/manual/Appendices/01)

FFIEC Bank Secrecy Act/Anti-Money Laundering InfoBase

Privacy Policy (https://www.ffiec.gov/privacy.htm)  /

FOIA (https://www.ffiec.gov/foia.htm)  /

Accessibility (https://www.ffiec.gov/pdfhelp.htm)  /

FFIEC Disclaimer (https://www.ffiec.gov/disclaimer.htm)  /

USA.gov (https://www.usa.gov)  /

Contact (mailto:ffiecinfobase@frb.gov)

2026.0105.206