**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JANE DOE, individually and on behalf
of all others similarly situated,

                              Plaintiff,

      -against-                                                25 **CIVIL** 8525 (JSR)

                                                                        **<u>JUDGMENT</u>**

THE BANK OF NEW YORK MELLON CORP.,

                              Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 11, 2026, this action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      February 18, 2026

                                                                   **TAMMI M. HELLWIG**
                                                                   _____
                                                                     **Clerk of Court**

                                                  **BY:**
                                                                       _____
                                                                       **Deputy Clerk**