**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>THE BANK OF NEW YORK MELLON CORP.,<br><br>    Defendant. | Case No. 1:25-cv-8525 (JSR) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Jane Doe, individually and on behalf of all others similarly situated, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the final Judgment (*see* ECF No. 66) entered in this action on February 18, 2026 by the United States District Court for the Southern District of New York (Rakoff, *J.*) following a Memorandum Opinion and Order (*see* ECF No. 65) granting Defendant Bank of New York Mellon Corporation's motion to dismiss with prejudice.

Dated: March 20, 2026

Respectfully submitted,

/s/ David Boies

David Boies
Andrew Villacastin
Rachael Schafer
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: avillacastin@bsfllp.com
Email: rschafer@bsfllp.com

Sigrid S. McCawley
Daniel Crispino
Megan Nyman
BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33316
Telephone: (954) 356-0011
Fax: (954) 356-0022
Email: smccawley@bsfllp.com
Email: dcrispino@bsfllp.com
Email: mnyman@bsfllp.com

Bradley J. Edwards
Brittany N. Henderson
Dean Kaire
EDWARDS HENDERSON
425 N. Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Telephone: (954) 524-2820
Fax: (954) 524-2822
Email: brad@cvlf.com
Email: brittany@cvlf.com
Email: dean@cvlf.com

*Counsel for Plaintiff Jane Doe, individually
and on behalf of all others similarly situated*